IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| RYAN R. BAILEY,<br><br>Plaintiffs,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A. et al.,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:10-CV-1234<br><br>Judge Dee Benson |

    Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on April 14, 2011, recommending (1) that Mr. Koskella's Motion to Intervene be granted, and (2) that Defendants' Motion to Dismiss be granted.

    The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after being served with a copy. Neither party has filed such an objection.

    Having reviewed all relevant materials, including the reasoning set forth in the

Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, Mr. Koskella's Motion to Intervene is GRANTED and the Defendants' Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

DATED this 14 day of June, 2011.

_____
Dee Benson
United States District Judge